# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

Continental Resources, Inc.,                    Case No.:1:16-CV-91-DLH-CSM

          Plaintiff,

v.

Rink Construction, Inc.,                        **DEFENDANT RINK CONSTRUCTION, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

          Defendant.

Pursuant Federal Rule of Civil Procedure 7.1, Defendant Rink Construction, Inc. ("Rink") states that it has no parent corporation and no publicly traded corporation owns 10% or more of Rink's stock.

**ANTHONY OSTLUND BAER & LOUWAGIE P.A.**

Dated:  May 31, 2016          By:  */s/Kristin B. Rowell*
                        Kristin B. Rowell (ND #07854))
                        90 South 7th Street
                        3600 Wells Fargo Center
                        Minneapolis, MN  55402
                        Telephone: 612-349-6969
                        Facsimile: 612-349-6996
                        krowell@anthonyostlund.com

**ATTORNEYS FOR DEFENDANT RINK CONSTRUCTION, INC.**