**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-16-cv-91 |
| Rink Construction, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

On February 14, 2017, the court held a status conference with the parties to discuss how this case should proceed. After consideration, the court concludes this case should not proceed any further until the underlying action, currently set for trial on July 18, 2017 in Fargo before Judge Erickson, is resolved. Accordingly, the case is **STAYED** pending further order of the court. All deadlines are **SUSPENDED** pending further order of the court. The parties shall notify the court once the underlying action is resolved. The trial and final pretrial conference are also **CANCELLED** and will be rescheduled for a later date.

**IT IS SO ORDERED.**

Dated this 14th day of February, 2017.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court