# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Continental Resources, Inc., | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Rink Construction, Inc., | ) | Case No. 1:16-cv-091 |
| Defendant. | ) | |

On February 14, 2017, the court issued an order staying the above-entitled action pending resolution of the underlying action. On November 1, 2017, plaintiff filed a "Motion to Lift stay and for Scheduling Order." In so doing, it noted that judgment had been entered against it in the underlying action.

Accordingly, plaintiff's motion (Doc. Nos. 34 and 36) is **GRANTED**. The stay is lifted. The undersigned shall conduct a status conference with the parties by telephone on November 16, 2017, at 10:30 a.m. The court shall initiate the conference call. In the interim, the parties shall prepare and email a revised scheduling plan to the undersigned at ndd_J-Miller@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court