# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Continental Resources, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Rink Construction, Inc., | ) | Case No. 1:16-cv-091 |
| Defendant. | ) | |

The court held a status conference with the parties by telephone on November 21, 2017. Pursuant to its discussions with the parties, the court **ORDERS**:

(1) Defendant shall have until January 12, 2018, to supplement its response to plaintiff's Motion for Partial Summary Judgment.

(2) Plaintiff shall have until February 2, 2018, to file a reply to defendant's supplemental response to the Motion for Partial Summary Judgment.

(3) The final pretrial conference shall be rescheduled for October 31, 2018, at 2:00 p.m. by telephone before the magistrate judge. The court shall initiate the conference call.

(4) The jury trial shall be rescheduled for November 14, 2018, at 9:00 a.m. before Chief Judge Hovland. A three (3) day trial is anticipated.

Dated this 21st day of November, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court