# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., | ) |
| Plaintiff, | ) **ORDER FOR STATUS CONFERENCE** |
| vs. | ) |
| Rink Construction, Inc., | ) |
| Defendant. | ) Case No. 1:16-cv-091 |

A status conference will be held before the magistrate judge by telephone on July 15, at 9:00 a.m. CDT to discuss the posture of this case along with potential trial dates. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 27th day of June, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

1