# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Continental Resources, Inc., | ) | |
|---|---|---|
| | ) | **ORDER (AMENDED)** |
| Plaintiff, | ) | **FOR STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Rink Construction, Inc., | ) | |
| | ) | Case No. 1:16-cv-091 |
| Defendant. | ) | |

A status conference will be held before the magistrate judge by telephone on July 15, at 9:30 a.m. CDT to discuss the posture of this case along with potential trial dates. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 27th day of June, 2019.

                                                          */s/ Clare R. Hochhalter*
                                                          Clare R. Hochhalter, Magistrate Judge
                                                          United States District Court