### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., | ) |
| | ) |
| Plaintiff, | )  **ORDER ADOPTING STIPULATION** |
| | )  **OF DISMISSAL** |
| vs. | ) |
| | )  Case No. 1:16-cv-00091 |
| Rink Construction, Inc., | ) |
| | ) |
| Defendant. | ) |

Before the Court is a "Stipulation of Dismissal with Prejudice" between Plaintiff Continental Resources, Inc. and Defendant Rink Construction, Inc. filed on October 23, 2020. See Doc. No. 97. The Court **ADOPTS** the stipulation (Doc. No. 97) in its entirety and **ORDERS** the Plaintiff's claims against Rink Construction, Inc. are dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs, disbursements, or attorneys' fees to either party.

**IT IS SO ORDERED**.

Dated this 26th day of October, 2020.

> */s/ Daniel L. Hovland*
> Daniel L. Hovland, District Judge
> United States District Court